UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DUDLEY,

                Plaintiff,              CASE NUMBER:    05-60142

v.                                   HONORABLE JOHN CORBETT O'MEARA

JOHN DOE "D. RICHARD,"

                Defendant.

                                      /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's August 15,

2006,  Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** and

entered as the findings and conclusions of this Court.

                              s/John Corbett O'Meara
                              John Corbett O'Meara
                              United States District Judge

Dated:  August 23, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date,
August 23, 2006, by electronic and/or ordinary mail.

                              s/William Barkholz
                              Case Manager, (734) 741-2488